Emil and Marjorie Ferro, Appellants, v. John P. Daros, Appellee.

Gen. No. 44,216.

opinion filed February 16, 1948; released for publication March 2, 1948. Arthur S. Bluestein, for appellants; Allen, Darlington & Elliott, for appellee; Glynn J. Elliott, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.